**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | **ORDER** |
| 125 East Arikara Avenue, Apt. 105           ) | |
| Bismarck, North Dakota                           ) | Case No. 1:08-mj-29 |

On September 10, 2008, the Government filed an Application for Extension of Time to Search Seized Electronic Device(s) and Storage Media. Having reviewed the application, the court finds there is good cause for granting the requested extension. Accordingly, the court **GRANTS** the Government's application (Docket No. 6). The Government shall have an additional sixty (60) days in which to complete its search.

Dated this 10th day of September, 2008.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge